UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
                Debtors. : (Jointly Administered)
: 
---------------------------------------------------------x
: 
LUC A. DESPINS, CHAPTER 11 : 
TRUSTEE, : 
: Adv. Proceeding No. 24-05301
                Plaintiff, : 
v. : 
: 
: 
QUN JU, : 
: 
                Defendant. : 
: 
---------------------------------------------------------x

**STAY DESIGNATION NOTICE**

Luc A. Despins, as chapter 11 trustee (the "Trustee") for Ho Wan Kwok (the "Debtor"), hereby designates his claims against Qun Ju in this adversary proceeding (the "Avoidance Claims") as Stayed Avoidance Claims, pursuant to Paragraph 2(e)(iii) of the *Order Directing Parties to Mediation, Appointing the Honorable James J. Tancredi as Mediator, and Amending Order Approving Procedures Applicable to Avoidance Claim Adversary Proceedings* (the

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

"Procedures Order") [ECF No. 3163]. Accordingly, pursuant to the Procedures Order, the Avoidance Claims are stayed pending further order of the Court. (*Id.*)

Dated: October 22, 2024　　　　　　　LUC A. DESPINS,
　　　　New Haven, Connecticut　　　　CHAPTER 11 TRUSTEE,

　　　　　　　　　　　　　　　　　　By:*/s/ Patrick R. Linsey*
　　　　　　　　　　　　　　　　　　　　Douglas S. Skalka (ct00616)
　　　　　　　　　　　　　　　　　　　　Patrick R. Linsey (ct29437)
　　　　　　　　　　　　　　　　　　　　NEUBERT, PEPE & MONTEITH, P.C.
　　　　　　　　　　　　　　　　　　　　195 Church Street, 13th Floor
　　　　　　　　　　　　　　　　　　　　New Haven, Connecticut 06510
　　　　　　　　　　　　　　　　　　　　(203) 821-2000
　　　　　　　　　　　　　　　　　　　　dskalka@npmlaw.com
　　　　　　　　　　　　　　　　　　　　plinsey@npmlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                              :       Chapter 11
:
HO WAN KWOK, *et al.*,[2]                           :       Case No. 22-50073 (JAM)
:
                    Debtors.                        :       (Jointly Administered)
:
---------------------------------------------------------x
:
LUC A. DESPINS, CHAPTER 11                          :
TRUSTEE,                                            :
:       Adv. Proceeding No. 24-05301
                    Plaintiff,                      :
v.                                                  :
:
:
QUN JU,                                             :
:
                    Defendant.                      :
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The foregoing has been filed on the date hereof in the above-captioned adversary proceeding and all appearing parties have been served with notice of the foregoing via email automatically by operation of the Court's case management/electronic case files system ("CM/ECF").  The foregoing is available via the CM/ECF system.

---

[2] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Dated: October 22, 2024             LUC A. DESPINS,
     New Haven, Connecticut       CHAPTER 11 TRUSTEE,

By: */s/ Patrick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 821-2000
    dskalka@npmlaw.com
    plinsey@npmlaw.com